UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

ERIC KEITH SILLS,

            Defendant.

_____/

NO. CR. S-08-518 LKK

O R D E R

    The court is in receipt of a motion filed by the defendant. The defendant is represented by counsel, Mr. Tim Warriner, and may file motions only through counsel. Accordingly, the court will not take any action on the matter, but instead, refers the motion to counsel for such action as he deems appropriate.

    IT IS SO ORDERED.

    DATED: May 12, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1