Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
ERIC SILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 08 0518 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING MOTION HEARING, |
| v. ) | SETTING BRIEFING SCHEDULE, AND |
| ) | EXCLUDING TIME |
| ERIC SILLS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties hereby stipulate to the following:

1. A motions hearing in this matter is now scheduled for September 9, 2009, at 9:15 a.m.

2. The parties stipulate to continue the motion hearing date to November 3, 2009, at 9:15 a.m. The continuance is necessary due to a family/medical emergency of defense counsel (birth of twin boys on August 17). Additional time is needed to prepare for the motions hearing and to continue investigations and research in relation to the motion to suppress. Counsel for the government has just completed a jury trial and does not object to the continuance. The parties hereby request that the following briefing schedule be adopted:

   Opposition to Motions due: October 12, 2009

   Any Reply: October 23, 2009

   Hearing date: November 3, 2009, 9:15 a.m.

DATED: August 31, 2009         /s/ Tim Warriner
                               Attorney for defendant, ERIC SILLS

DATED: August 31, 2009         /s/ Michael Beckwith,
                               Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the motions hearing set for September 9, 2009 be continued to November 3, 2009 at 9:15 a.m., and that time continue to be excluded to November 3, 2009 due to the pending motions and for preparation of counsel pursuant to Local Code T4.  18 U.S.C. 3161(h)(8)(B)(iv).  The court adopts the briefing schedule as stipulated by the parties and set forth herein.

DATED: September 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT