Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
ERIC SILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 08 0518 LKK |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | CONTINUING MOTION HEARING, SETTING BRIEFING SCHEDULE, AND EXCLUDING TIME |
| ERIC SILLS, et al., ) | |
| Defendants. ) | |

The parties hereby stipulate to the following:

1. A motions hearing in this matter is now scheduled for November 3, 2009, at 9:15 a.m.

2. The parties stipulate to continue the motion hearing date to December 8, 2009, at 9:15 a.m.  Additional time is needed to prepare for the motions hearing and to continue investigations and research in relation to the motion to suppress, and to engage in plea negotiations with the government.  The parties hereby request that the following briefing schedule be adopted:

   Opposition to Motions due: November 20, 2009

   Any Reply: December 1, 2009

   Hearing date: December 8, 2009, 9:15 a.m.


\\\

1

DATED: October 9, 2009          /s/ Tim Warriner
                                                   Attorney for defendant, ERIC SILLS

DATED: October 9, 2009          /s/ Michael Beckwith,
                                                   Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the motions hearing set for November 3, 2009 be continued to December 8, 2009 at 9:15 a.m., and that time continue to be excluded to December 8, 2009 due to the pending motions and for preparation of counsel pursuant to Local Code T4.  18 U.S.C. 3161(h)(8)(B)(iv).  The court adopts the briefing schedule as stipulated by the parties and set forth herein.

DATED: October 14, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2