Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
ERIC KEITH SILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 08 518 LKK |
| Plaintiff, ) | ORDER AFTER HEARING |
| v. ) | |
| ERIC KEITH SILLS, ) | |
| Defendant. ) | |

    Defendant Eric Sills' motion to suppress was heard by the court on December 8, 2009. The court denies defendant's motion to suppress, but grants the motion for return of property. The court orders that a further status conference be held on December 22, 2010 at 9:15 a.m, and that time be excluded to that date for preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

    It is so ordered.

DATED: December 21, 2009

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT