BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC KEITH SILLS, ) <br> ) <br> Defendant. ) <br> ) | CR. S-08-518-LKK <br><br> ORDER SETTING STATUS <br> CONFERENCE |

   This matter came before the Court for a Non-Evidentiary Motion Hearing on December 2, 2009.  Assistant U.S. Attorney Michael Beckwith represented the United States, Timothy Warriner appeared on behalf of the Eric Keith Sills.  Defendant was present and in custody.

   The parties agreed to set a status conference for December 22, 2009, at 9:15 a.m.  The Court further ordered that time be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).  The Court directed government counsel to prepare a formal order.

1

**IT IS HEREBY ORDERED**:

1. Status Conference set for December 22, 2009, at 9:15 a.m.

2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through December 22, 2009

IT IS SO ORDERED

Date: December 21, 2009

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2