Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
ERIC SILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                                  )<br>                    Plaintiff,                       )<br>                                                                  )<br>          v.                                                  )<br>                                                                  )<br>ERIC SILLS, et al.,                              )<br>                                                                  )<br>                    Defendants.                 )<br>_____) | No. CR S 08 0518 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME |

The parties hereby stipulate to the following:

1. A status conference in this matter is now scheduled for December 22, 2009, at 9:15 a.m.

2. The parties stipulate to continue the status conference to January 20, 2010, at 9:15 a.m.  Additional time is needed to review a possible plea agreement with the client, who is housed in Butte County, and to conduct additional investigation.  The parties agree that time should continue to be excluded to January 20, 2010.


DATED: December 18, 2009        /s/ Tim Warriner
                                                          Attorney for defendant, ERIC SILLS

DATED: December 18, 2009        /s/ Michael Beckwith,
                                                          Assistant United States Attorney

1

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for December 22, 2009 be continued to January 20, 2010 at 9:15 a.m., and that time continue to be excluded to January 20, 2010 for the preparation of counsel pursuant to Local Code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: December 21, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT