BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-08-518-LKK |
| Plaintiff, ) | |
| ) | ORDER SETTING CHANGE OF PLEA HEARING |
| v. ) | |
| ERIC KEITH SILLS, ) | |
| Defendant. ) | |

This matter came before the Court for a status conference on January 20, 2010, Assistant U.S. Attorney Michael Beckwith represented the United States, Timothy Warriner appeared on behalf of the defendant Eric Keith Sills, who was present and in custody.

At the parties request the Court set a change of plea hearing for February 23, 2010, at 9:15 a.m.  The Court further ordered that time be excluded under 18 U.S.C.§ 3161(h)(7)(B)(iv), i.e., Local Code T4 (reasonable time to prepare).  The Court directed government counsel to prepare a formal order.

1

1    Upon further review, the parties now believe the change of
2 plea hearing could be conducted on February 2, 2010.  The parties
3 have confirmed with the Court's staff that the date of February
4 2, 2010, is available.  The parties ask that the change of plea
5 hearing be set for February 2, 2010, and that time be excluded
6 under 18 U.S.C.§ 3161(h)(7)(B)(iv), i.e., Local Code T4 from
7 January 20, 2010, to February 2, 2010.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated: January 20, 2010          By:/s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney


Dated: January 20, 2010          By:/s/ Timothy Warriner
                                        TIMOTHY WARRINER
                                        Attorney for defendant
                                        Eric Keith Sills

**ORDER**

**IT IS HEREBY ORDERED**:

1. The Change of Plea hearing in case number CR S 08-518-LKK is set for February 2, 2010, at 9:15 a.m.

2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through February 2, 2010, pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv), i.e., Local Code T4.

IT IS SO ORDERED

Date:   January 21, 20

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3