Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
ERIC SILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 08 0518 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING JUDGMENT AND |
| v. ) | SENTENCE DATE |
| ) | |
| ERIC SILLS, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties hereby stipulate to the following:

1. This matter is set for judgment and sentence on April 13, 2010.

2. The parties stipulate to continue the judgment and sentence date to May 18, 2010. The continuance is necessary in order for defense counsel and the defendant to have sufficient time to meet with the probation officer, and for counsel to have additional time to meet with the client, who is housed in Butte County. The parties hereby request that the following schedule be adopted:

| | |
|---|---|
| Judgment and Sentence Date: | May 18, 2010, 9:15 a.m. |
| Motion for Correction of Report Due: | May 11, 2010 |
| Final Report Due: | May 4, 2010 |
| Informal Objections to Report Due: | April 27, 2010 |
| Proposed Report Disclosed: | April 20, 2010 |

1

DATED: February 26, 2010     /s/ Tim Warriner
                             Attorney for defendant, ERIC SILLS

DATED: February 26, 2010     /s/ Michael Beckwith,
                             Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentence date of April 13, 2010 be vacated, and that the matter be set for judgment and sentence to occur on May 18, 2010 at 9:15 a.m.  The court hereby adopts the schedule concerning the presentence investigation report set forth above.

DATED:   March 1, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2