Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
ERIC SILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S 08 0518 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCE DATE |
| v. | ) | |
| ERIC SILLS, | ) | |
| Defendant. | ) | |

The parties hereby stipulate that the date for judgment and sentence, now set for June 8, 2010, be continued to June 15, 2010. Good cause for the continuance exists as it will permit counsel to complete matters relevant to the sentencing proceedings, and will afford defense counsel additional time to meet with the client.

DATED: June 1, 2010         /s/ Tim Warriner
                            Attorney for defendant, ERIC SILLS

DATED: June 1, 2010         /s/ Michael Beckwith,
                            Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentence date of June 8, 2010 be vacated, and that the matter be set for judgment and sentence to occur on June 15, 2010 at 9:15 a.m.

DATED: June 7, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1