IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-08-0518 LKK |
| | ) | CIV S-11-1594 CMK |
| Respondent, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC KEITH SILLS, | ) | |
| | ) | |
| Petitioner. | ) | |
| _____ | ) | |

O R D E R

On June 13, 2011, Petitioner filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. On June 22, 2011, the Court ordered the government to respond within 60 days. On August 17, 2011, the government filed a response to Petitioner's motion and an amended motion for discovery.

Good cause having been shown, attorney Timothy E. Warriner shall disclose any written or electronic communications between Petitioner and himself relating to Petitioner's claim that Mr. Warriner failed to appeal as directed. Mr. Warriner shall also submit to an interview and discuss this issue with government's counsel.

1

Respondent shall limit its use of the documents, the information contained therein, and any information gathered from an interview of Mr. Warriner, to rebuttal of Petitioner's habeas corpus claims.

Respondent shall not use the documents, the information contained therein, or any information gathered from an interview of Mr. Warriner, against petitioner in any manner during any future proceeding, including any possible retrial; and

Respondent shall treat the documents, the information contained therein, and any information gathered from an interview of Mr. Warriner, as confidential and shall not disseminate or disclose any information, documents, or the content of any documents, obtained pursuant to this order other than in the course of its litigation of this habeas corpus proceeding.

Accordingly, IT IS HEREBY ORDERED that respondent's amended motion for discovery is granted.

DATED: September 21, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2