BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC KEITH SILLS,<br><br>  Defendant. | Case No. 2:08-CR-0518 LKK-CMK<br><br>**ORDER** |

**ORDER**

Good cause having been shown, the Government is granted leave to file Exhibit 5 and Exhibit 6 <u>under</u> <u>seal</u>.

It is so ORDERED.

DATED: September 21, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1