BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>          v.<br><br>ERIC KEITH SILLS,<br><br>                       Defendant. | CASE NO.  2:08-CR-518 LKK CMK<br><br>GOVERNMENT'S FILING IN RESPONE TO COURT'S ORDER OF MARCH 21, 2014 (DKT. 164) |

On March 21, 2014, the Court ordered the government to (1) inform the Court as to whether movant's current location has video conferencing abilities, (2) inform the Court as to whether trial counsel is willing to voluntarily appear to testify, and (3) provide the Court with three acceptable alternative hearing dates.

With regard to the first issue, the government recently contacted the Bureau of Prisons ("BOP") Federal Correctional Institution ("FCI") in Safford, Arizona.  FCI Safford, where the defendant is housed, does have video conferencing abilities.  The government will provide the Court's staff with the contact information for the IT personnel at FCI Safford who can set up the video conference.

With regard to the second issue, the defendant's former counsel, Timothy Warriner, is willing to voluntarily appear and testify.

///

///

Government's Filing in Response to the
Court's Order of March 21, 2014

1

With regard to the third issue, the government and the defendant's former counsel suggest the following three, alternative dates for the evidentiary hearing: August 19, 21 or 26, 2014.  The government's attorney is currently preparing for a public corruption trial that begins May 19, 2014, in Dallas, Texas.  That trial should be completed no later than the first week in June.  Thereafter, the government's attorney is schedule to begin a marijuana, structuring, and firearms trial on July 28, 2014, which may last for six to nine days.  This second trial has been continued a number of times and is expected to begin on July 28, 2014, without further delay.  The defendant's former counsel requested a date in late August.

Dated:  April 17, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney

                                    By:  /s/ MICHAEL M. BECKWITH
                                          MICHAEL M. BECKWITH
                                          Assistant United States Attorney