IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0518-LKK-CMK |
| Respondent, | 2:11-cv-1594-LKK-CMK |
| vs. | ORDER |
| ERIC KEITH SILLS, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255.  The court previously granted respondent's request for an evidentiary hearing.  The court ordered respondent to provide information to the court as to the institution's video conferencing capabilities, trial counsel's willingness to testify, and acceptable hearing dates.  Respondent has provided the necessary information to the court

An evidentiary hearing will be set for August 21, 2014, at 10:00 a.m., before the undersigned in Redding, California.  By separate order, the court will issue a  Writ of Habeas Corpus ad Testificandum for movant to appear via video conference for the hearing.  Respondent is responsible for providing the hearing information to all necessary parties, and for the

appearance of trial counsel at the hearing.

Accordingly, IT IS HEREBY ORDERED that an evidentiary hearing as to movant's ineffective assistance of counsel claim is set for August 21, 2014, at 10:00 a.m., before the undersigned in Redding, California.

DATED: June 18, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE