## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Respondent,      No.  2:08-cr-0518-LKK-CMK-2

  vs.

ERIC KEITH SILLS,

   Movant.     **ORDER & WRIT OF HABEAS CORPUS**
_____/ **AD TESTIFICANDUM**

  Eric Keith Sills, Reg.No. 18241-097, a necessary and material witness in proceedings in this case on August 21, 2014, is confined in FCI Safford, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Judge Craig M. Kellison, to appear by video-conferencing at FCI Safford, August 21, 2014, at 10:00 a.m.

  ACCORDINGLY, IT IS ORDERED that:

  1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

  2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of FCI Safford 1529 West Highway 366, P.O. Box 820, Safford, AZ 85548:**

  **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new cu...

Dated:  June 18, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

/kly
sill 08cr0518.841vc