HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ERIC SILLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ERIC SILLS,<br><br>                    Defendant. | No.  Cr. S 08-cr-518 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: KIMBERLY J. MUELLER |

Defendant, ERIC SILLS, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.    On June 15, 2010, this Court sentenced Mr. Sills to a total term of 130 months, comprised of 46 months imprisonment on Count 1 (a violation of 21 U.S.C. §§ 846 and 841(a)(1)) and 84 months imprisonment on Count 3 (a violation of 18 U.S.C. § 924(c)(1)), to run consecutively;

3. As to Count 1, Mr. Sills' total offense level was 23, his criminal history category was I, and the resulting guideline range was 46-57 months;

4. The sentencing range applicable to Mr. Sills was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. As to Count 1, Mr. Sills' total offense level has been reduced from 23 to 21, and his amended guideline range is 37 to 46 months. The sentence for Count 3 remains 84 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Sills' total term of imprisonment to 121 months, comprised of 37 months on Count 1 and 84 months on Count 2, to run consecutively.

Respectfully submitted,

Dated: August 12, 2015                                  Dated: August 12, 2015

BENJAMIN B. WAGNER                                      HEATHER E. WILLIAMS
United States Attorney                                  Federal Defender


 /s/ *Jason Hitt*                                        /s/ *Hannah R. Labaree*
JASON HITT                                              HANNAH R. LABAREE
Assistant U.S. Attorney                                 Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA                                ERIC SILLS

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Sills is entitled to the benefit Amendment 782, which reduces the total offense level from 23 to 21 for Count 1, resulting in an amended guideline range of 37 to 46 months.

IT IS HEREBY ORDERED that the total term of imprisonment imposed in June 2010 is reduced to 121 months, comprised of 37 months for Count 1 and 84 months for Count 3, to run consecutively.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Sills shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   August 14, 2015.

_____
UNITED STATES DISTRICT JUDGE